# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   LAVELLE MCCLENDON                    §       Case No.: 08-08111
         MELISSA E MCCLENDON                  §
                                              §
         Debtor(s)                            §

------------------------------------------------------------------------

## CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/03/2008.

2) The case was confirmed on 07/17/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/09/2009.

6) Number of months from filing to the last payment: 10

7) Number of months case was pending: 15

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $ 105,996.00

10) Amount of unsecured claims discharged without payment $ .00

11) All checks distributed by the trustee to this case may not have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

|  |  |
|---|---:|
| Total paid by or on behalf of the debtor | $ 25,390.17 |
| Less amount refunded to debtor | $ 2,511.54 |
| **NET RECEIPTS** | $ 22,878.63 |

**Expenses of Administration:**

|  |  |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 3,400.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,747.19 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,147.19 |
| Attorney fees paid and disclosed by debtor | $ 100.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIA | SECURED | 815.00 | 815.00 | 815.00 | 236.21 | 23.79 |
| AMERICREDIT FINANCIA | UNSECURED | 3,285.00 | 3,605.62 | 3,605.62 | .00 | .00 |
| THE CIT GROUP/CONSUM | SECURED | 70,750.00 | 72,050.91 | .00 | 5,895.19 | .00 |
| THE CIT GROUP/CONSUM | SECURED | 11,500.00 | 13,676.82 | 11,500.00 | 1,985.57 | .00 |
| THE CIT GROUP/CONSUM | OTHER | .00 | NA | NA | .00 | .00 |
| SANTANDER CONSUMER U | SECURED | 13,450.00 | 29,852.91 | 26,500.00 | 7,440.85 | 779.15 |
| SANTANDER CONSUMER U | UNSECURED | 13,050.00 | .00 | 3,352.91 | .00 | .00 |
| HONOR FINANCE | SECURED | 1,700.00 | 4,400.00 | 4,400.00 | 1,240.75 | 129.93 |
| HONOR FINANCE | UNSECURED | 2,700.00 | 508.00 | 508.00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 100.00 | NA | NA | .00 | .00 |
| ALCHEMY LLC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ALCHEMY LLC | OTHER | .00 | NA | NA | .00 | .00 |
| ALONDRA'S ROOFING | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T CREDIT MANAGEME | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| AT & T | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 600.00 | 588.92 | 588.92 | .00 | .00 |
| SBC ILLINOIS | OTHER | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 600.00 | 518.91 | 518.91 | .00 | .00 |
| COMCAST | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| COMCAST | OTHER | .00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,800.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 3,900.00 | 5,741.42 | 5,741.42 | .00 | .00 |
| COM ED EXELON CORPOR | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMMONWEALTH EDISON | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| COMED | OTHER | .00 | NA | NA | .00 | .00 |
| CONSUMER PORTFOLIO S | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| CONFIN FIRST BANK OF | UNSECURED | 600.00 | 542.55 | 542.55 | .00 | .00 |
| ILLINOIS ATTORNEY GE | UNSECURED | 11,400.00 | 11,153.00 | 11,153.00 | .00 | .00 |
| ILLINOIS DEPT OF PUB | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 5,700.00 | NA | NA | .00 | .00 |
| INGALLS HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | OTHER | .00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | OTHER | .00 | NA | NA | .00 | .00 |
| INGALLS MEMORIAL HOS | UNSECURED | 7,300.00 | NA | NA | .00 | .00 |
| INGALLS HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| LEASECOMM CORPORATIO | OTHER | .00 | NA | NA | .00 | .00 |
| MCI | UNSECURED | 600.00 | NA | NA | .00 | .00 |
| MCI COMMUNICATIONS | OTHER | .00 | NA | NA | .00 | .00 |
| RICHARD P KOMYATTE & | UNSECURED | 850.00 | 810.50 | 810.50 | .00 | .00 |
| MIDWEST EMERGENCY AS | OTHER | .00 | NA | NA | .00 | .00 |
| NET 1ST BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 700.00 | 651.19 | 651.19 | .00 | .00 |
| NICOR | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | 1,500.00 | 1,367.08 | 1,367.08 | .00 | .00 |
| NICOR | OTHER | .00 | NA | NA | .00 | .00 |
| PLAINS COMMERCE BANK | UNSECURED | 200.00 | 172.02 | .00 | .00 | .00 |
| MUNSTER RADIOLOGY GR | UNSECURED | 50.00 | 35.00 | 35.00 | .00 | .00 |
| RADIOLOGY IMAGING CO | OTHER | .00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| SPRINT COMMUNICATION | OTHER | .00 | NA | NA | .00 | .00 |
| T-MOBILE USA | UNSECURED | 2,000.00 | 1,656.92 | 1,656.92 | .00 | .00 |
| T MOBILE | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL/PR | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| PROVIDIAN BANK | OTHER | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE COR | UNSECURED | NA | 241.62 | 241.62 | .00 | .00 |
| MCCAIN LAW OFFICE | SECURED | 2,500.00 | 2,991.62 | .00 | .00 | .00 |
| MCCAIN LAW OFFICE | UNSECURED | 2,500.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | NA | 172.02 | 172.02 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | 5,895.19 | .00 |
| Mortgage Arrearage | 11,500.00 | 1,985.57 | .00 |
| Debt Secured by Vehicle | 31,715.00 | 8,917.81 | 932.87 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 43,215.00 | 16,798.57 | 932.87 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 30,945.66 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 5,147.19 |
| Disbursements to Creditors | $ | 17,731.44 |
| **TOTAL DISBURSEMENTS:** | $ | 22,878.63 |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   06/25/2009                                          /s/ Tom Vaughn
                                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**